■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD ROBINSON, Appellant. [696 NYS2d 709] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated July 5, 1983 (*People v Robinson,* 96 AD2d 762), affirming a judgment of the Supreme Court, Kings County, rendered April 1, 1982, as amended April 19, 1982.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Thompson and McGinity, JJ., concur.